IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRENCE POUNCEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:11cv-837-TMH |
| | ) | |
| MAMIE MCCRORY, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED as moot.

DONE this 24th day of March, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE